IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JEREMY BROWN,<br><br>　　Defendant. | Case No.: 8:21-cr-348-SCB-SPF |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant JEREMY BROWN appeals to the United States Court of Appeals for the Eleventh Circuit the order of this Court entered on April 7, 2023 (Doc 357). The nature of the order is a final order of judgment and sentence in a criminal case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/ Michael Ufferman
　　　　　　　　　　　　　　　　MICHAEL UFFERMAN
　　　　　　　　　　　　　　　　Michael Ufferman Law Firm, P.A.
　　　　　　　　　　　　　　　　2022-1 Raymond Diehl Road
　　　　　　　　　　　　　　　　Tallahassee, Florida 32308
　　　　　　　　　　　　　　　　(850) 386-2345
　　　　　　　　　　　　　　　　FL Bar No. 114227
　　　　　　　　　　　　　　　　Email: ufferman@uffermanlaw.com

　　　　　　　　　　　　　　　　Appellate counsel for Defendant **BROWN**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to:

The Office of the United States Attorney

        Respectfully submitted,

        /s/ Michael Ufferman
        MICHAEL UFFERMAN
        Michael Ufferman Law Firm, P.A.
        2022-1 Raymond Diehl Road
        Tallahassee, Florida 32308
        (850) 386-2345
        FL Bar No. 114227
        Email: ufferman@uffermanlaw.com

        Appellate counsel for Defendant **BROWN**