UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21-cr-348-SDM-SPF

JEREMY BROWN

### REQUEST FOR LEAVE TO DISMISS
### SECOND SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Sara C. Sweeney, the Acting United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Second Superseding Indictment (Dkt. 250) against Defendant Jeremy Brown, in the above-captioned case, with prejudice. It is the Department of Justice's position that the Defendant was pardoned for these offenses while his conviction was on direct appeal, *see* Notice of Filing of Certificate of Pardon (Dkt. 372), and thus the January 20, 2025, Presidential Proclamation requires the Department to seek dismissal of the indictment with prejudice.

The Defendant does not oppose this request.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Second Superseding Indictment against Defendant

in the above-captioned case, with prejudice, and direct the Clerk of Court to close the case as to said defendant.

        Respectfully submitted,

        SARA C. SWEENEY
        Acting United States Attorney

By:  */s/ Daniel J. Marcet*
     DANIEL J. MARCET
     Assistant United States Attorney
     Florida Bar No. 0114104
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: Daniel.Marcet@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                       CASE NO. 8:21-cr-348-SDM-SPF

JEREMY BROWN

## **ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Second Superseding Indictment against Defendant Jeremy Brown, with prejudice. Leave of Court is granted and the Second Superseding Indictment is dismissed against Defendant Jeremy Brown, in the above-captioned case, with prejudice. The Clerk of Court is directed to close the case as to Defendant Jeremy Brown.

Dated: _____

                                                                _____
                                                                STEVEN D. MERRYDAY
                                                                United States District Judge